IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK ROBERTS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-0185-CG-C |
| | ) |
| **FORT JAMES CORP., et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the court on plaintiff's motion to stay pending this court's determination of the merit's of plaintiff's motion to remand. (Docs. 42, 19). After due consideration of all matters presented the court finds that the motion to stay is due to be, and hereby is **GRANTED**. This action is hereby **STAYED** pending the court's ruling on the motion to remand.

**DONE and ORDERED** this 9th day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE